# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

135937

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COLEMAN TAVON EDWARDS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135937
COA: 281982
Berrien CC: 2003-403328-FC

On order of the Court, the application for leave to appeal the January 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

s0721

Clerk